# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LIONEL WILLIAMS JR.

NO. 2023 KW 0543

**JULY 28,2023**

---

In Re:    Lionel Williams Jr., applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 00-CR-000104.

---

**BEFORE:    HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.**

**WRC**
**AHP**

  **Holdridge, J.,** concurs and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT